BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PEDRAZA-TELLEZ,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08- 00786-JW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** CONTINUING |
| v. | ) | STATUS HEARING FROM APRIL 13, |
| | ) | 2009 TO APRIL 27, 2009. |
| JULIO PEDRAZA-TELLEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from April 13, 2009 to April 27, 2009, at 1:30 p.m., and the period of delay from time from April 13, 2009 through and including April 27, 2009, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: April 9, 2009

_____
HONORABLE JAMES WARE,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08- 00786-JW                              1