1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  GRANT P. FONDO (CASBN 181530)
   Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     Facsimile:  (408) 535-5066
      Email: grant.fondo@usdoj.gov
8

9  Attorneys for the United States of America

10

11

12

13

14
                    UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN JOSE DIVISION
17

18  UNITED STATES OF AMERICA,          )    No. CR 08-00786 JW
                                       )
19          Plaintiff,                 )
                                       )
20      v.                             )    STIPULATION AND [PROPOSED]
                                       )    ORDER RESCHEDULING JUNE 29, 2009
21                                     )    STATUS AND TRIAL SETTING
    JULIO PEDRAZA-TELLEZ,              )    HEARING AND EXCLUDING TIME
22                                     )    FROM THE SPEEDY TRIAL ACT
            Defendant.                 )    CALCULATION (18 U.S.C.
23                                     )    §§ 3161(H)(7)(A), (B)
   _____)
24

25       The parties are currently scheduled to appear before this Court on June 29, 2009 at 1:30 p.m.

26  for a status and trial setting hearing.  In advance of that hearing, the government and defense

27  request a continuance of this hearing date to August 17, 2009 at 1:30 p.m. (or other date

28

   *United States v.Pedraza-Tellez*
   Stipulation, [Proposed] Order re Hearing, Exclusion of Time

1    convenient for the Court) and an exclusion of time under the Speedy Trial Act.

2         The parties stipulate that the time between June 29, 2009 and August 17, 2009 and the

3    new hearing date is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the

4    failure to grant the requested continuance would unreasonably deny the defendant reasonable

5    time necessary for effective preparation.  The parties further agree that the ends of justice served

6    by granting the requested continuance outweigh the best interests of the public and the defendant

7    in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(8)(A)

8    and (B)(iv).

9

10   DATED: June 26, 2009                         JOSEPH P. RUSSONIELLO
                                                  United States Attorney
11

12                                                _____/S/_____
13                                                GRANT P. FONDO
                                                  Assistant United States Attorney
14

15                                                _____/S/_____
16                                                MANUEL A. ARAUJO
                                                  Assistant Federal Public Defender
17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

*United States v.Pedraza-Tellez*
Stipulation, [Proposed] Order re Hearing, Exclusion of Time
2

**<u>ORDER</u>**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 29, 2009 and August 17, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:    June 26, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

*United States v.Pedraza-Tellez*
Stipulation, [Proposed] Order re Hearing, Exclusion of Time

3