IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08- 00786-JW |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER** CONTINUING STATUS HEARING FROM AUGUST 17, 2009 TO SEPTEMBER 21, 2009. |
| v. ) | |
| ) | |
| JULIO PEDRAZA-TELLEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from August 17, 2009 to September 21, 2009, at 1:30 p.m., and the period of delay from time from August 17, 2009 through and including September 21, 2009, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: August __13__, 2009

_____
HONORABLE JAMES WARE,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08- 00786-JW                                    1