IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08- 00786-JW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** CONTINUING STATUS HEARING FROM SEPTEMBER 21, 2009 TO OCTOBER 19, 2009. |
| v. | ) | |
| JULIO PEDRAZA-TELLEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from September 21, 2009 to October 19, 2009, at 1:30 p.m., and the period of delay from time from September 21, 2009 through and including October 19, 2009, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED. This is the parties' final continuance without appearing on the record. Further continuances shall be made on the record.

Dated: September  17 , 2009

_____
HONORABLE JAMES WARE,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08- 00786-JW                              1